# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2020 KW 0610

**AUGUST 17, 2020**

---

In Re: Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 07-WFLN-177.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT